**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JESSICA PAULINA ALLAUCA-TIERRA,<br>Petitioner,<br>v.<br>WARDEN, ELIZABETH CONTRACT DETENTION FACILITY, et al.,<br>Respondents. | Civ. No. 26-12159 (KSH)<br><br>**ORDER** |

This matter comes before the Court on Petitioner Jessica Paulina Allauca-Tierra's petition for a writ of habeas corpus (ECF No. 1, "Petition") pursuant to 28 U.S.C. § 2241, challenging her immigration detention as unlawful.

**IT IS** on this 13th day of November, 2026,

**ORDERED** that the Petition is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Court's Order enjoining Petitioner's transfer is **LIFTED**; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.